UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH JAWOROWSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No.: |
| ) | |
| v. ) | 14CV720 JCH |
| ) | |
| ) | |
| ) | |
| NRA GROUP, LLC d/b/a ) | |
| NATIONAL RECOVERY AGENCY, ) | |
| ) | |
| Defendant, ) | |

**COMPLAINT WITH JURY DEMAND**

**INTRODUCTION**

**1.** Plaintiff brings this action as Plaintiff brings this action against defendant to obtain relief for violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), or the Creditor's Collection Practices Act, Conn. Gen. Stat. §36a-645 *et seq.,* and the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §42-110b-g ("CUTPA").

**JURISDICTION**

**2.** This Court has jurisdiction under 15 U.S.C. §1692k(d) or 28 U.S. C. §1367. Venue in this District is appropriate because Defendant's collection demands were received in Connecticut and Defendant intentionally aimed the activities at issue toward a Connecticut resident.

**PARTIES**

**3.** Plaintiff Elizabeth Jaworowski is a natural person who resided in Connecticut at all

relevant times.

4. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3).

5. The Defendant is a debt collector as defined by the FDCPA, 15 U.S.C. §1692a(6). The principal purpose of Defendant's business is the purchase or collection of defaulted debts using the mails and telephone.

6. Defendant engaged in collection efforts and communicated with Plaintiff on or after one year before the date of the filing of this action, in connection with collection efforts with regard to plaintiff's account.

## FACTUAL ALLEGATIONS

7. While in the process of selling and purchasing a home, Plaintiff became aware of two (2) delinquent items on her consumer credit report.

8. From all appearances the two (2) items that were placed on Plaintiff's consumer credit report had been recently placed on Plaintiff's report.

9. These items where in the amount of $60 and $70, allegedly from a past medical provider account.

10. Prior to the placing of the delinquent accounts on Plaintiff's consumer credit report (the "Report"), Plaintiff never received notice from the Defendant of the outstanding debts.

11. Plaintiff did not believe that these outstanding debts were valid, however, as Plaintiff was in the home buying process (which included several other buyers and sellers), she made the payment to Defendant.

12. After making this payment, which she believe was extorted by Defendant, Plaintiff protest with her bank, who has voided payment to Defendant until the validity of the debt is verified. However, the damage to Plaintiff's credit has been done as further explained.

13.     The outstanding debts had an adverse-affect on Plaintiff's credit score, as it lowered Plaintiff's overall score **118 Points** - from 772 (Attachment "A") to 654 (Attachment "B1 & B2"). This precipitous drop cost Plaintiff thousands of dollars in additional closing cost and personal mortgage insurance premiums associated with the mortgage.

14.     In an effort to correct this matter, Plaintiff's mortgage broker contacted the Defendant and requested a letter to authorize the removal of two negative items. Defendant failed to remove the items from Plaintiff's Report.

15.     In a further attempt to have the negative items removed from Plaintiff's Report, Plaintiff provided authorization to J Graham Zahoruiko as her agent, to contact the Defendant.

16.     In a serious of email correspondences with Defendant and its agents, specifically the house counsel and the executive officers, Zahoruiko explained how the Defendant failed to properly notify Plaintiff of the debt prior to placing it on her Report.

17.     Furthermore, Zahoruiko disputed the validity of the debt to Defendant, and informed Defendant that Plaintiff was paying the debt under protest because of the abusive, malicious, and illegal tactics of Defendant.

18.     In addition to making the request to have the items removed, Zahoruiko informed the Defendant that Plaintiff never received a notice from Defendant regarding the debt prior to the placing of the same on Plaintiff's Report, which denied Plaintiff the ability to contest the validity of the debt in accordance with the law.

19.     Defendant failed to address any of the concerns as set forth by Zahoruiko and Plaintiff's mortgage broker.

20.     In further attempts to rectify this matter on Plaintiff's behalf, Zahoruiko has contacted various state and federal agencies with complaints of the unfair, deceptive, and illegal debt

collection practices of the Defendant.

**21.**    In its response Defendant refused to address the concerns of Plaintiff and, as of this date, the Defendant has failed to remove the items from Plaintiff's Report after being notified that the debts where being disputed by Plaintiff.

## CLAIMS FOR RELIEF

### COUNT I - VIOLATION OF THE FDCPA 15 U.S.C. § 1692 *et seq.*

22.    Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

23.    The Defendant is a "debt collector" as defined by section 1692a(6) of the FDCPA. Plaintiff is a "consumer" as defined by section 1692a(3) of the FDCPA.

24.    The Defendant violated section 1692e(8) of the FDCPA, where the Defendant, once presented with information that the debt was false reported it to credit reporting agencies.

25.    The Defendant violated section 1692e(8) of the FDCPA, where the Defendant, once provided with notice that the debt was being disputed, failed to properly report such notice of dispute to credit reporting agencies.

26.     Defendant's violations include violations of 15 U.S.C. §§ 1692e, 1692f and 1692g(a)(1) as evidenced by the following conduct:

   (a) Using unfair or unconscionable means to collect or attempt to collect an alleged debt;

   (b) Using false, deceptive and misleading representations or means in connection with the collection of an alleged debt; and,

   (c) Failing to provide the consumer with a written notice containing the amount of the alleged debt.

**27.**    Defendant's acts as described above were done with malicious, intentional, willful,

reckless, wanton and negligent disregard for Plaintiff's rights under the law and with the purpose of inducing Plaintiff to pay the debt.

## CLAIMS FOR RELIEF

## COUNT II - VIOLATION OF CREDITOR'S

## COLLLECTION PRACTICES ACT, CONN.GEN.STAT. §36a-645 *et seq.*

28. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

29. Defendant is a creditor as defined by the Creditor's Collection Practices Act, Conn. Gen. Stat. §36a-645 *et seq.*

30. Plaintiff is a consumer debtor as defined therein.

31. Conn. Gen. Stat. §36a-647 prohibits creditors from engaging in any practice determined by the Commissioner of Banking to be an unfair or deceptive act or practice.

32. The Commissioner has adopted regulations, reported at Conn. Agencies Regs. §36a-647-5 and -6, precluding false or misleading representations identical in all pertinent respects to the prohibitions at issue set forth in the federal statute, the FDCPA.

33. The Defendant's actions as set forth above are in violation of the regulations adopted by the Commissioner of Banking.

**34.** Pursuant to Conn. Gen. Stat. §36a-648, the Defendant is liable to Plaintiff for actual damages, statutory damages, and attorneys' fees and costs for actions.

## CLAIMS FOR RELIEF

## VIOLATION OF THE CONNECTICUT UNFAIR

## TRADE PRACTICE ACT §42-110b-g (CUTPA)

35. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at

length herein.

36. Plaintiff is a consumer debtor as defined by Conn. Gen. Stat. §36a-800(2).

37. Defendant is a Consumer Collection Agency licensed by the Connecticut Banking Department.

38. Conn. Gen. Stat. §36a-806 prohibits collection agencies from engaging in any practice determined by the Commissioner of Banking to be an unfair or deceptive act or practice.

39. The Commissioner has adopted regulations, reported at Conn. Agencies Regs. §36a-809-3(f) and §36a-809-3(g), precluding false or misleading representations identical to the prohibitions set forth in the federal statute, the FDCPA.

40. Defendants' actions as set forth above are in violation of the regulations adopted by the Commissioner of Banking under the Creditors' Collection Practices Act or the Consumer Collection Agencies Act.

41. The Defendant's violations of the regulations adopted by the Commissioner of Banking constitute unfair or deceptive practices in violation of Conn. Gen. Stat. §42-110b(a).

**42.** The Defendant is liable to Plaintiff for actual damages, statutory damages, punitive damages and attorneys' fees and costs.

## JURY TRIAL DEMAND

**43.** Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

   a. That judgment be entered against Defendant for actual damages, pursuant to 15 U.S.C. § 1692k(a)(1);

   b. That judgment be entered against Defendant for statutory damages pursuant to 15

U.S.C. § 1692k(a)(2)(A) and (B);

c. That the Court award costs and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k(a)(3);

d. That the Court award all remedies provided by Conn. Gen. Stat. §42-110g and 36a-648; and,

e. That the Court grant such other and further relief as may be just and proper, including punitive damages and injunctive relief.

\Dated: May 19, 2014                                Respectfully submitted,

                                                    *Elizabeth Jaworowski* (signature)
                                                    Elizabeth Jaworowski

ATTACHMENT "A"

# Eaglemark Savings Bank

P.O. Box 22048, Carson City, NV 89721

Phone: (866)499-4337  Fax: (800)544-1138

Applicant's Name: ELIZABETH ESPOSITO-JAWOROWSKI

Application No.: [redacted]

## Your Credit Score and the Price You Pay for Credit

### Your Credit Score

| Your Credit score | Credit Score: 772 | Date: 08/21/2013 |
|---|---|---|
| | Source: Experian | |

### Understanding Your Credit Score

| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report. Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. Your credit score can change, depending on how your credit history changes. |
|---|---|
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 316 to a high of 850. Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | [bar chart: 316-499: 8%, 500-549: 9%, 550-599: 9%, 600-649: 9%, 650-699: 12%, 700-749: 17%, 750-799: 21%, 800-850: 18%. FICO Credit Score Range] |

### Checking Your Credit Report

| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. It is a good idea to check your credit report to make sure the information it contains is accurate. |
|---|---|
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year. To order your free annual credit report— *By Telephone*: Call toll-free 1-877-322-8228  *On the web*: Visit www.annualcreditreport.com  *By mail*: Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under federal law, visit the Federal Reserve Board's web site at www.federalreserve.gov, or the Federal Trade Commission's web site at www.ftc.gov. |

First Print 1/2011
Release 1.20
Page 1 of 1

ATTACHMENT "B"

| **Avantus**<br>600 Saw Mill Rd.<br>West Haven, CT 06516<br>800-243-0120 Fax: 800-942-9451 | | | | **GENERATION MORTGAGE LLC**<br>105 East Center Street<br>Manchester, CT 06040 | | | Report ID<br>20632525<br>Loan Number<br>Elizabeth Jaworowski<br>Customer Code<br>X417330<br>Requested By<br>dustin mack | |
|---|---|---|---|---|---|---|---|---|
| Ordered<br>04/04/2014 | Released<br>04/04/2014 | | Reissued | | Price<br>$14.73 | | Repositories Requested<br>TransUnion, Experian, Equifax | |
| **Applicant** | | | | **Co-Applicant** | | | | |
| Name<br>Elizabeth A. Jaworowski | | | Social Security Number | Name | | | Social Security Number | |
| Current Address<br>322 Belleview Av<br>Southington, CT 06489 | | | | Current Address | | | | |
| TransUnion | Experian | | Equifax | TransUnion | | Experian | | Equifax |
| FICO Risk Score, Classic (04)<br>665 | Fair Isaac (v2)<br>654 | | Beacon 5 0<br>639 | | | | | |

## Underwriting Alerts

| Alert | Recommendation |
|---|---|
| Collection Accounts: The following account(s) are reported as collection accounts: NATIONAL RECOVERY AGEN, NATIONAL RECOVERY AGEN. | Order tradeline update to confirm accuracy of reported information. * |

## Credit Summary

| Account Type | Number of Accounts | Open Accounts | Accounts Currently Past Due | Past Due | Payment | Balance | |
|---|---|---|---|---|---|---|---|
| Mortgage | 8 | 1 | 0 | $0 | | | |
| Installment | 13 | 5 | 2 | $130 | | | |
| Revolving/Credit Line | 30 | 10 | 0 | $0 | | | |
| Totals | 51 | 16 | 2 | $130 | | | |

Number of Public Records: 0
Number of Collections/Charge-offs: 2
Bankruptcy: No

Available Credit:
Revolving/Credit Line Used: 0%
Number of Inquiries: 4
Number of Authorized User Accounts: 3

ATTACHMENT "B"

| GENERATION MORTGAGE LLC<br>105 East Center Street<br>Manchester, CT 06040 | Applicant<br>Elizabeth A. Jaworowski<br>322 Belleview Av<br>Southington, CT 06489 | Report ID<br>29632525<br>Loan Number<br>Elizabeth Jaworowski | Date<br>04/04/2014 |
|---|---|---|---|

**GENERATION MORTGAGE LLC**
**Your Credit Score and the Price You Pay for Credit**

| Your Credit Score | |
|---|---|
| Your credit score | 654 |
| | Source: Experian     Date: 04-04-2014 |

| Understanding Your Credit Score | |
|---|---|
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| The range of scores | Scores range from a low of 320 to a high of 844.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| How your score compares to the scores of other consumers | Your credit score ranks higher than 33 percent of U.S. consumers |
| Key factors that adversely affected your credit score | Derogatory public record or collection filed.<br>Time since derogatory public record or collection is too short.<br>Number of accounts with delinquency.<br>Proportion of loan balances to loan amounts is too high.<br>Score value was adversely affected by credit inquiries present in the credit file. |

| Checking Your Credit Report | |
|---|---|
| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year<br><br>To order your free annual credit report -<br><br>By telephone:  Call toll-free: 1-877-322-8228<br><br>On the web:  Visit www.annualcreditreport.com<br><br>By mail:  Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| How can you get more information? | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's Web site at www.consumerfinance.gov/learnmore |

I have received a copy of this disclosure.

Elizabeth A. Jaworowski                                    Date