UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*ELIZABeth Jaworowski*, Plaintiff

v.

*NRA Group, LLC d/b/a*
*National Recovery Agency*, Defendant

Case No.
[Put case number here]

**MOTION BY PRO SE LITIGANT TO PARTICIPATE IN ELECTRONIC FILING**

I am a Plaintiff/Defendant in this civil action.  I have filed an appearance as a pro se

litigant, and I hereby request permission to file electronic documents.  In so doing, I consent to

the court and opposing counsel using my email address, as listed below, for the purpose of

sending me electronic notification of orders, notices, and other documents that are filed in my

case.  I understand that hard copies will no longer be issued by the court or opposing counsel.  I

understand that if my motion is granted, I must complete the Court's required training class on

electronic filing for pro se litigants before I can actually begin filing documents electronically.  I

certify that I can comply with the following requirements:

•       A computer with access to the internet.

•       Internet Explorer (Version 6 or greater) or Mozilla Firefox (any version).

•       Adobe Reader (Version 7 or greater).

•       Ability to create PDF files.


*ELIZABeth Jaworowski*
Name of Pro Se Litigant

*322 Belleview AV*
Street Address

*Southington, CT  06489*          *860 - 490 - 0132*
City, State, Zip Code                    Telephone

*elizabeth@elizabeth-esposito.com*
Email Address

*5/19/14*                                *Elizabeth Jaworowski*
Date                                     Signature

Rev. 6/21/10

## Certificate of Service

I hereby certify that on ____5/19/14____ [date], a copy of the foregoing "Motion by Pro

Se Litigant to Participate in Electronic Filing" was filed and served by mail on the following:

**[insert name and address of every person served]**.

NRA Group, LLC
2491 Paxton St
Harrisburg, PA 17111

_____
Signature of Pro Se Litigant